

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00009-CV

| | | |
|---|---|---|
| REX PERFORMANCE PRODUCTS, LLC, Appellant | § | On Appeal from the 141st District Court |
| | § | of Tarrant County (141-314043-19) |
| V. | § | December 31, 2020 |
| JAMES DONALD TATE AND MICHAEL CUFFIA, Appellees | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm that portion of the trial court's judgment granting summary judgment on the claim against James Donald Tate for breach of common law fiduciary duty for downloading a virus on Rex Performance Product's computer. We reverse the remainder of the trial court's judgment granting James Donald Tate and Michael Cuffia's motion for summary judgment and remand those matters for a new trial.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Dana Womack
Justice Dana Womack